# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144629

PONTIAC SCHOOL DISTRICT,
　　　　　Respondent-Appellant,

v

　　　　　　　　　　　　　　　　　　SC: 144629
　　　　　　　　　　　　　　　　　　COA: 300555
　　　　　　　　　　　　　　　　　　MERC No: 04-000215

PONTIAC EDUCATION ASSOCIATION,
　　　　　Charging Party-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the January 5, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

d0919